and brother take per capita among themselves. The questions submitted in the conceded statement of facts are therefore answered by the surrogate in conformity with this opinion as follows:

Question 1: No.
Question 2: Yes.
Question 3: No.
Question 4: Yes.
Question 5: No.
Question 6: Yes.
Decreed accordingly.

(77 Misc. Rep. 655.)

### In re BAUERDORF.

(Surrogates' Court, New York County. October, 1912.)

WILLS (§ 498*)—CONSTRUCTION—"ISSUE."
     The word "issue," when used in a will and unexplained by the context, means all descendants of each of the sisters and brother of decedent.
     [Ed. Note.—For other cases, see Wills, Cent. Dig. §§ 1087–1089; Dec. Dig. § 498.*
     For other definitions, see Words and Phrases, vol. 4, pp. 3782–3792; vol. 8, p. 7693.]

In the matter of the accounting of Charles F. Bauerdorf, surviving executor of Kilian Heintz. Order to renotice decree for settlement. See, also, 138 N. Y. Supp. 673.

Hugo H. Ritterbusch, of New York City, for executor.
Richard M. Bruno, of New York City, for Elizabeth Barth.
Leon Lewin, of New York City, for Johannes Heintz.
Jacob E. Salomon, of New York City, special guardian.

COHALAN, S. The term "issue" in the third paragraph of the will is used by the testator in a general and unrestricted sense and all the descendants of each of the sisters and the brother are entitled to share equally in such part of the estate as he or she would have become entitled to upon surviving the life beneficiary. Drake v. Drake, 134 N. Y. 220, 32 N. E. 114, 17 L. R. A. 664; Soper v. Brown, 136 N. Y. 244, 32 N. E. 768, 32 Am. St. Rep. 731; United States Trust Co. v. Tobias (Sup.) 4 N. Y. Supp. 211.

Renotice decree for settlement.

(77 Misc. Rep. 602.)

### In re CARY'S ESTATE.

(Surrogate's Court, Cattaraugus County. September, 1912.)

1. COURTS (§ 199*)—PROBATE COURTS—JURISDICTION—"ASCERTAIN."
     In Code Civ. Proc. § 2472a, as added by Laws 1910, c. 576, providing that the Surrogate's Court has jurisdiction, on a judicial accounting or proceeding for the payment of a legacy, to ascertain the title to any legacy or distributive share, to set off a debt against the same, and for that purpose to ascertain whether the debt exists, the word "ascertain" is used as equivalent to "hear, try, and determine," though in its com-

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes